ACCEPTED
14-14-00489-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/17/2015 2:52:26 PM
CHRISTOPHER PRINE
CLERK

IN THE
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

9/17/2015 2:52:26 PM

CHRISTOPHER A. PRINE
Clerk

**NO. 14-14-00489-CR**

EX PARTE:

KERRY G. JONES

On Appeal from Cause Number 1283329-A
230TH Judicial District Court of Harris County, Texas

**APPELLANT'S MOTION FOR REHEARING**

To The Honorable Court:

Comes now, Kerry G. Jones, Appellant and files this motion for rehearing of the Opinion rendered by the Fourteenth Court of Appeals of Texas pursuant to T.R.A.P. 49.1, in which he relies on the following points:

**Point for Review No. 3**

With regard to his third point for review, Appellant respectfully submits that this Court erred in assuming that child pornography would be found on a computer Appellant owned when the only evidence set out in the search warrant affidavit was was that Appellant made four one month subscription purchases to websites

Page -1-

connected with the sale of child pornography, with the last purchase occurring roughly 24 months before the search warrant of Appellant's residence took place. There is also no evidence in the record that a download from these websites took place or that photos were retrieved from the identified websites. Appellant believes this Court's ruling stand for the proposition that a search warrant affidavit showing that a person who has subscribed to a child pornography website over a protracted period of time automatically establishes probable cause to conduct a search of that person's home and personal computers indefinitely thereafter. This analysis conflicts with Fourth Amendment principles in general, and in particular the Amarillo Court of Appeals in *Taylor v. State*, 54 S.W.3d 21 (Tex.App.–Amarillo 2011, no pet.).

## PRAYER

Wherefore, premises considered, this Court should grant Appellant's motion for rehearing in this cause.

Respectfully submitted,

   /s/   James D. Lucas
James D. Lucas
2316 Montana Avenue
El Paso, Texas 79902
Tel: (915)352-8811
Fax: (915) 532-8807
SBN 12658300
jlucas2@elp.rr.com

## CERTIFICATE OF SERVICE

I certify that a true copy of this Motion for Rehearing was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:      Devon Anderson
            District Attorney
            Appellate Counsel
            1201 Franklin, Suite 600
            Houston, Texas 77002

Method of service:   Electronic means.

Date of service:   September 17, 2015

　　　　　　　　　　　　　　　　　　　　　 */s/   James D. Lucas*
　　　　　　　　　　　　　　　　　　　　　 James D. Lucas, Attorney for Appellant